IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

MATTHEW EVERETT GOULD,

Defendant.

CRIMINAL CASE NO.

1:10-CR-194-02-JEC

## ORDER

The Court has received and **approves** the request for leaves of absence of Seth D. Kirschenbaum, counsel for Matthew Everett Gould (2), for the periods of May 14-31, 2010; June 17-18, 2010; July 8-9, 2010; and August 20, 2010 [18]. **Excludable time is allowed to commence as of May 14-31, 2010; June 17-18, 2010; July 8-9, 2010; and August 20, 2010**, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv)(to give counsel for the defendant or attorney for the Government reasonable time necessary for effective preparation) and (h)(6) (a reasonable period of delay when the defendant is joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted). The Court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial.

The Court notes that counsel has sought approval from Magistrate

Judge Walker.

SO ORDERED this 17 day of MAY, 2010.

JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE